1  Craig R. McClellan, Esq. (71865)
   Robert J. Chambers II, Esq. (244688)
2  THE MCCLELLAN LAW FIRM
   1144 State Street
3  San Diego, California 92101
   Telephone:   (619) 231-0505
4  Facsimile:   (619) 544-0540

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  SEAN MORENO,                          )  CASE NO. 13CV0905 AJB WMC
                                          )
12                      Plaintiff,        )
                                          )
13      vs.                               )  **FIRST AMENDED COMPLAINT FOR**
                                          )  **DAMAGES**
14  CAE USA, INC.; SEA WORLD PARKS AND    )
    ENTERTAINMENT, INC.; PARKER-HANNIFIN  )  [JURY TRIAL DEMANDED]
15  CORPORATION and DOES 1-40,            )
                                          )  (Complaint filed in San Diego
16                      Defendants,       )  Superior Court, Case No. 37-2013-00029334-
                                          )  CU-PL-CTL)
17                                        )
                                          )
18  _____

19                          **THE PARTIES**

20      1.      Plaintiff SEAN MORENO is an individual residing in San Diego County,

21  California.

22      2.      Defendant CAE USA, INC. is, and at all relevant times was, a Delaware

23  corporation.  CAE USA, INC. is authorized to do, has regularly done, and is doing

24  business in the State of California, including San Diego County.

25  / / /

26  / / /

27  / / /

28
                                    1

3.     Defendant SEA WORLD PARKS AND ENTERTAINMENT, INC. is, and at all relevant times was, a Delaware corporation.  SEA WORLD PARKS AND ENTERTAINMENT, INC. is authorized to do, has regularly done, and is doing business in the State of California, including San Diego County.

4.     Defendant PARKER-HANNIFIN CORPORATION is, and at all relevant times was, an Ohio corporation.  PARKER-HANNIFIN CORPORATION is authorized to do, has regularly done, and is doing business in the State of California, including San Diego County.

5.     Plaintiff is ignorant of the true names and capacities of the Defendant sued herein as DOES 1 through 40, and therefore sue the defendant by such fictitious names.  Plaintiff will amend the Complaint to state their true names and capacities when the same have been ascertained.

6.     Plaintiff is informed and believes and thereon alleges, that each of the DOE Defendants is responsible in some manner, either by acts or omissions, strict liability, fraud, negligence, breach of contract, breach of express and/or implied warranty, negligence per se, or otherwise, for the occurrences herein alleged, and that Plaintiff's damages were legally caused by the conduct of the DOE Defendants.

7.     Plaintiff is informed and believes that at all times herein mentioned, each of the Defendants was the agent, servant, joint venturer, alter ego, partner and/or employee of the other Defendant, and was at all times acting within the purpose and scope of such agency, servitude, joint venture, alter ego, partnership or employment, and with the authority, consent, approval and ratification of each of the remaining Defendant.

8.     This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332.

/ / /

FIRST AMENDED COMPLAINT FOR DAMAGES

9.   Plaintiff commenced this action on January 9, 2013 in the Superior Court of California, San Diego County (Case No. 37-2013-00029334-CU-PL-CTL).  On April 16, 2013, defendant  SEA WORLD PARKS AND ENTERTAINMENT, INC. removed it to this Court pursuant to 28 U.S.C. §§1441 and 1446.

10.   San Diego County is the proper venue for filing this complaint because the events giving rise to this action occurred here.

11.   The damages sought by Plaintiff are within the jurisdictional limits of this Court.

## GENERAL ALLEGATIONS

12.   On or about May 15, 2012, plaintiff SEAN MORENO suffered catastrophic injuries while servicing defendants' Wild Arctic motion simulator ride.

13.   Each of the defendants knew the product would be purchased and used without inspection for defects.  The product was defective when it left the control of each defendant.  The product at the time of injury was being used in the manner intended by the defendants, and used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent.  Appropriate warnings of the danger were not given.

14.   Plaintiff was a user of the product, and a bystander to the use of the product.

## FIRST CAUSE OF ACTION
### (Products Liability)
(Against All Defendants and DOES 1-25)

15.   Plaintiff incorporates by reference paragraphs 1 through 14, inclusive, as though set forth in full herein.

/ / /

/ / /

/ / /

FIRST AMENDED COMPLAINT FOR DAMAGES

## Count One – Strict Liability

16.   Plaintiff's injuries were the legal (proximate) result of the following defendants:

17.   CAE USA, INC. and PARKER-HANNIFIN CORPORATION who manufactured or assembled the product.

18.   CAE USA, INC., SEA WORLD PARKS AND ENTERTAINMENT, INC., and PARKER-HANNIFIN CORPORATION who designed and manufactured component parts supplied to the manufacturer.

## Count Two - Negligence

19.   Plaintiff's injuries were the legal (proximate) result of the following defendants who owed a duty to Plaintiff:

20.   CAE USA, INC.; SEA WORLD PARKS AND ENTERTAINMENT, INC.; and PARKER-HANNIFIN CORPORATION.

## Count Three – Breach of Warranty

21.   Plaintiff's injuries were the legal (proximate) result of the following defendants who breached an implied warranty, and who breached an express warranty which was written and oral:

22.   CAE USA, INC.; SEA WORLD PARKS AND ENTERTAINMENT, INC.; and PARKER-HANNIFIN CORPORATION.

23.   As a result of defendants' conduct, Plaintiff has suffered catastrophic personal injuries, wage loss, hospital and medical expenses, general damage, and loss of earning capacity, all according to proof at the time of trial.

/ / /

/ / /

/ / /

/ / /

4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants, CAE USA, INC.; SEA WORLD PARKS AND ENTERTAINMENT, INC.; PARKER-HANNIFIN CORPORATION; and DOES 1 through 40, inclusive, and each of them, on all causes of action as follows:

1.    For non-economic damages according to proof;

2.    For economic damages according to proof;

3.    For such other relief as the court may deem just and proper.

Dated: June 3, 2013            THE McCLELLAN LAW FIRM


By:    _____/s/_____
                    ROBERT J. CHAMBERS, II
                    Attorneys for Plaintiffs

5

FIRST AMENDED COMPLAINT FOR DAMAGES